IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RUBÉN VÉLEZ-SEPÚLVEDA,<br><br>Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE P.R., INC.,<br><br>Defendant. | CIV. NO.: 13-1909(SCC) |

**FINAL JUDGMENT**

Pursuant to the Opinion and Order entered at Docket No. 48, judgment is hereby entered dismissing this case with prejudice.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

In San Juan, Puerto Rico, this 15th day of July, 2015.

        <u>S/ SILVIA CARREÑO-COLL</u>
        UNITED STATES MAGISTRATE JUDGE