# United States Court of Appeals
## For the First Circuit

No. 15-1952

RÚBEN VÉLEZ-SEPÚLVEDA,

Plaintiff, Appellant

v.

GLAXOSMITHKLINE PUERTO RICO, INC.,

Defendant, Appellee,

JOHN DOE; JANE DOE; INSURANCE COMPANY ABC,

Defendants.

Before

Howard, Chief Judge,
Thompson and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: January 21, 2016

    Plaintiff-Appellant Rubén Vélez-Sepúlveda, proceeding pro se, appeals from the district court's grant of summary judgment in favor of Defendant-Appellee GlaxoSmithKline PR, Inc. ("GSK"), in the underlying action, which featured claims pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12111, et seq., the Age Discrimination in Employment Act, 29 U.S.C. § 621, et seq., and various state statutes.  As an initial matter, Vélez-Sepúlveda and GSK have failed to comply with Federal Rule of Civil Procedure 5.2, incorporated at Federal Rule of Appellate Procedure 25(a)(5), with the filing of the appendix and supplemental appendix, respectively.  Compliance with Rule 5.2 is the responsibility of the filers.  See Administrate Order Regarding Case Management/Electronic Case Files System ("CM/ECF"), Rule 12.  Within 14 days of entry of this judgment, the parties should file new versions of the appendix and supplemental appendix that comply fully with Rule 5.2 as to the various categories of information set out therein.  Only one copy of each need be filed.  In the meantime, the copies of the appendix and supplemental appendix currently on file will be impounded.  Upon receipt of the compliant versions, the copies of the original appendix and supplemental appendix will be returned to their respective filers.

Turning to the merits, we have reviewed the parties' briefs, the decision of the district court, and relevant portions of the record, and, for substantially the same reasons set out by the district court, we conclude that grant of summary judgment in favor of GSK was in order. Accordingly, we **AFFIRM**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Ruben Velez-Sepulveda
Vicente J. Antonetti
Javier Gerardo Vazquez-Segarra